# EXHIBIT A

— Civil Division —

Demetrius N Pitts.

_____
Plaintiff/petitioner(s)

21 L146
Case#(To Be Supplied By Clerk).

[ CIVIL RIGHTS COMPLAINT ]

v.

M. Bagwell, Health Services Administrator,
E. Harbison Assistant Health Services Administrator
L. Biddles Physicians Assistant, USP Marion, IL
A. Pass, Clinical Director — USP Marion, IL
Defendant/Respondent(s)

FILED
NOV 02 2021
JUSTIN MAZE
CLERK OF THE CIRCUIT COURT

I. Jurisdiction

Plaintiff: Demetrius Pitts # 65755-060
A. Plaintiff's Mailing Address, prison number(if a prisoner),
And present Place Of Confinement(if a prisoner):

USP Marion, Illinois
PO Box 1000
Marion, IL 62959-1000

Defendant#1:

B. Defendant M. Bagwell
(Name Of First Defendant)
Is Employed As Health Services Administrator.
(Position/Title)
With USP Marion Illinois 450 Prison Road, Marion IL 62959
(Employer's Name And Address)

At the time the claim(s) alleged in this complaint arose, was
Defendant#1 employed by the state, local, or federal government?

____✓____ Yes                    _____ No

Defendant#2:

C. Defendant E. Harbison
Assistant Health (Name Of Second Defendant)               is employed as
Services Administrator
(Position/Title): with USP Marion, IL 450 Prison Road, Marion FL 62959
(Employer's Name And Address)
At the time the claim(s) alleged in this complaint arose, was
Defendant#2 employed by the state, local, or federal government?

____✓____ Yes                    _____ No

Additional Defendants(If Any):
D. Using the outline, set forth any additional defendant(s)..

1s
① 2 copies
(6 pages total)

2) II. STATEMENT OF CLAIM.

② A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

(See Statement Of Claim)

②

STATE EXACTLY WHAT YOU WANT THIS COURT TO DO FOR YOU. IF YOU ARE A STATE OR FEDERAL PRISONER AND SEEK RELIEF WHICH AFFECTS THE FACT OR DURATION OF YOUR IMPRISONMENT(FOR EXAMPLE: ILLEGAL DETENTION, RESTORATION OF GOOD TIME, EXPUNGEMENT OF RECORDS, OR PAROLE), YOU MUST FIRST FILE YOUR CLAIM ON A HABEAS CORPUS FORM, PURSUANT TO 28 U.S.C. 2241, 2254, OR 2255. COPIES OF THESE FORMS ARE AVAILABLE FROM THE CLERK'S OFFICE

(3)

*(See Requested Relief)*

VI. JURY DEMAND(CHECK ONE BOX BELOW)

THE PLAINTIFF _____ DOES _____ DOES NOT REQUEST A TRIAL BY A JURY.

DECLARATION UNDER THE _Illinois_ RULES OF CIVIL PROCEDURE I CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF THAT THIS COMPLAINT IS IN FULL COMPLIANCE WITH THE RULES OF CIVIL PROCEDURE AND OTHER LAWS OF _State of Illinois_ . THE UNDERSIGNED ALSO RECOGNIZES THAT FAILURE TO COMPLY WITH THE _____ RULES OF CIVIL PROCEDURE MAY RESULT IN SANCTIONS.

SIGNED ON: _10-25-2021_ (DATE) _Demetrius n Pitts_ (SIGNATURE)

_U S P Marion. PoBox 1000_ (STREET ADDRESS)

_Demetrius n Pitts_ (PRINTED NAME)

_Marion, IL 62959_ (CITY,STATE,ZIP CODE)

_65755060_ (PRISONER#)(IF A PRISONER)

(3)

I. JURISDICTION AND VENUE

1. This is a civil action, authorized by Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388(1971), to redress the deprivation of rights, under color of federal law, secured by the US CONSTITUTION, laws, and treaties of the United States. this court has jurisdiction, pursuant to Article Vi, Section 9 Of the Illinois Constitution("Circuit Courts have original jurisdiction over all justiciable matters"). Plaintiff seeks damages under Illinos state law, for negligence, medical malpractice, civil conspiracy, and Intentional Infliction of Emotional Distress.

II. PARTIES

2. Plaintiff, Demetrius  N. Pitts, is a federal inmate currently detained at the United States Penitentiary-Marion, Illinois Communications management Unit("CMU"). Address: USP-marion, Illinois, PO BOX 1000, Marion, Illinois 62959-1000.

3. Defendant, M.Bagwell, is the Health Services Administrator at USP-marion, Illinois. address:4500 PRISON ROAD, MARION, ILLINOIS 62959.

4. Defendant, E. Harbison, is the Assistant Health Services Administrator at USP-Marion, Illinois. Address: UNITED STATES PENITENTIARY-MARION, ILLINOIS, 4500 Prison Road, marion, illinois 62959.

5. Defendant, L.Brooks, is a Physicain's Assistant at USP-Marion, Illinois. Address:4500 Prison Road, Marion, Illinois 62959.

6. Defendant, R. Paass, is the Clinical Director at the UNITED STATES PENITENTIARY-Marion, Illinois.Address:4500 Prison Road, marion, illinois 62959.

7. Defendant, Dan Sproul, is the WARDEN at the United States Penitentiary-Marion, Illinois. Address:4500 Prison Road, Marion, Illinois 62959.

8. Defendant, J.Leclair, is the Associate Warden of USP-Marion, Illinois. Address: USP-marion, Illinois, 4500 Prison Road Marion, Illinois 62959.

9. Defendant, C.Davis, is the Captain at USP-Marion, Illinois. Address: USP-Marion, Illinois, 4500 Prison Road, Marion, Illinois 62959.

10. At all times mentioed herein, each defendant acted under the color of federal law. EAch defendant is being sued in his/her individual capacity for monetary relief, and in his/her official capacity for injunctive relief.

III.STATEMENT OF CLAIM

11. Plaintiff, Demetrius Pitts, is a federal inmate currently detained at the United States Penitentiary-Marion, Illinois Communications Management Unit("CMU"). See Federal Bureau of Prisons program Statement 5214.02, Communications managemer Unit; Aref V. Lynch, et al, 833 F.3d 242(D.C.Cir 2016). Plaintiff has been at the CMu since October of 2020. Plaintiff suffers from a host of mentla and physical illnesses, including depression, chronic anxiety, high blood pressure, suicidal ideation, as well as knee and back problems, and problems with the plantiff's foot, that the plaintiff has suffered for years, prior to his current term of incarceration., including acid reflux.

12. Upon arrival to the CMU, the plaintiff sought treatment for all of his illnesses, from defendants Brooks, Pass, and bagwell. For instance, in late October early November of 2020, plaintiff sought dental treatment from the dentist due to having a cracked tooth that came about as a result of a seizure that occurred at another facility, PRIOR to the plaintiff's placement in the CMU. Despite the plaintiff's repeated requests for dental treatment, it took over a month before the plaintiff was seen, and then, his entire tooth was removed.

13. Plaintiff eventually developed constipation sometime in November of 2020, and requested that defendants bagwell, B Brooks, and other medical staff provide the plaintiff witrh medication to help him relieve his constipation. In addition, the plaintiff suffers from chronic acid reflux, that causes the plaintiff to spit up blood, if the plaintiff does not have his acid reflux medication. When the plaintiff arrived to USP-Marion, Illinois, he arrived with his acid reflux medication, but it was taken from him when he arrived from CCA, to Marion. Brooks eventually gave the plaintiff some acid reflux medication that was much weaker than what plaintiff arrived with, which did NOT prevent the plaintriff from spitting up blood. And, the plaintiff arrived with an inhaler, due to his chronic asthma, and it was also taken from him, by medical staff. Plaintiff was unable to breathe properly, and he wasd NOT given an inhaler until almost 5-7 months later, during the month of Ramadan, despite the plaintiff's numerous complaints to Pass, BagwellHarbison, and other medical staff.

14. plaintiff has been denied medication and treatment for his kidney stones which causes him to urinate blood, and medication and treatement for his hand, which is broken. Plaintiff complained to SPROUL, LECLAIR, and even CAPTAIn DAVIS during their weekly Wednesday rounds, and all 3 are responsible for administering, in their supervisory capacities, the provision of medical; care AT USP-Marion,illinois. All the plaintiff received from them despite being aware that plaintiff was, and is, being denied medical care for his various illnesses, is "we'll look into it." At some point in time, tired of plaintiff sending cop-outs to them, Bagwell, harbison, Brooks, and Pass reached an unlawful agreement to deny the plaintiff medical and dental care, to "punish" the plaintiff for sending so many cop-outs to the medical department.

15. Previously, when CAse manager K.Rushing was the CMU Case Manager, the plaintiff requested multiple grievances from him, so that he could file a grievance about all of hios medical issues. The grievance proces starts with a BP-8, and they are NOT computerized, or logged.Although Rushing gave the plaintiff several Bp-8s,and the plaintiff turned them back into RUSHING, so that he could contact medicaland obtain responses on them, RUSHING provided thge plaintiff with NO RESPONSES to ANY of his over 10 Bp-8s he gave to him(inmate DARNELL W. MOON witnessed the plaintiff turn in multiple Bp-8s to RUSHING), and he eventually left, and another CASE MANAGER came to the CMU, N.SIMPKINS.

16. When SIMPKINS arrived to the CMU, he was told by SPROU1, LECLAIR, and DAVIS, amongst others, to stop the flow of Bp-8s and Bp-9s being filed by CMU inmates(more Bp-8s and BP-9s are filed by CMU inmates than any other inmates at USP-Marion,Illinois), and when the plaintiff tried to obtain Bp-8s from him, he refused to give them to the plaintiff, and other inmates who asked for them. Inmate DArnell W. Moon, FBOP register#34077-044, witnessed SIMPKINS DENY the plaintiff BP-8s on multiple occasions, when he first arrived here to teh CMU, denying the plaintif his right to file grievances.

17. USP-marion,Illinois has a long-standing policy and custom cf delaying medical treatment, and dental treatment, t inmates at the prison, especially CMU inmates, who file more lawsuits and grievances than any other inmates . Warden SPROUL, leclair, and DAVIS, along with HARBISON and BAGWELL and PASS, have impleented this illegal policy and practicee, which is the driving force behind the plaintiff's injuries that he has suffered.

## IV. LEGAL CLAIMS

18. The allegations contained in paragraphs 11-17, supra, are re-instated and reincorporated by reference within EACH of the following claims for relief.

I.COUNT ONE————————————————VIOLATION OF RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNSIHMENT————DENIAL OF TIMELY AND ADEQUATE MEDICAL CARE

19. Plaintiff contends that defendants Bagwell, Harbison, Brooks, Pass, and SPROUL, LECLAIR, and DAVIS in their supervisory capacities, ALL violated the plaintiff's right to be free from CRUEL AND UNUSUAL PUNISHMENT under the EIGHTH AMENDMENT to the UNITED STATES CONSTITUTION when they all, on joint and separate occasions,after being made aware of plaintiff's medical conditions, i.e., broken hand, asthma, kidney stones, acid reflux, denied the plaintiff hsi inhaler, appropriate acid reflux medicaltion, timely medical care for his broken tooth, etc, as state earlier. plaintiff seeks damages against ALL of these defendants in their INDIVIDUAL CAPACITIES, under Bivens.

II. COUNT TWO————————————————VIOLATION OF RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNSIHMENT DENIAL OF TIMELY AND ADEQUATE MEDICAL CARE-INJUNCTIVE RELIEF

20. For the same reasons, and incorporating the SAME allegationsmentioned in the complaint, plaintiff seeks injunctive relief against SPROU1, DAVIS, LECLAIR, in their supervisory capacitiesm under Bivens, and against Pass, Brooks, bagwell, and Harbison, ORDERING them to provide the plaintiff with medical care for his numerous medical illnesses, AND ENJOINING them from DENYING any inmate at USP-Marion,Il, timely and adequate medical care. This claim is brought against ALL of the defendants, in their official capacities, under Bivens.

III.COUNT THREE————————————————MEDICAL MALPRACTICE UNER ILLINOIS LAW STATE LAW CLAIM

21. Plaintiff contends that defendants Brooks, Pass, Harbison, bagwell, committed the IL state law tort of medical malprictice under Illinois law, when they failed to provide the plaintiff with medical care that was, and is, appropriate, based on current medical practices and standards, and seeks damages against these medical providers.

IV.COUNT FOUR————————————————NEGLIGENCE UNDER ILLINOIS LAW-STATE LAW CLAIM

22. Plaintiff seeks damages against HARBISON, BROOKS, PASS, and BAGWELL for the SAME reasons mentioned in the previous paragraph, and against SPROUL, leclair, and DAVIS, in their supervisory capacities for neglecting their duty to ensure tyhat the plaintiff and other inmates are provided with timely and adequate medical care.

V.COUNT FIVE————————————————CIVIL CONSPIRACY UNDER ILLINOIS LAW-STATE LAW CLAIM

23. plaintiff contends that defendants PASS, BAGWELL, HARBISON, and BROOKS, all engaged in a conspiracy to deny the plaintiff medical care, to retaliate against the plaintiff for filing complaints and sending cop-outs, about being denied medical care, as the plaintiff stated earlier, and plaintiff seeks damages against these defendants for negligence under IL law.

VI.COUNT SIX————————————————INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS UNDER IL LAW-
STATE LAW CLAIM

24. Plaintiff has suffered severe and extreme emotional distress at the defendants actions, to include increased anxiety, apart from the anxiety plaintiff already suffers from, depression, in addition to the depression the plaintiff already suffers from and takes meedication from. The plaintiff beleives that the defendants KNEW that their actions would result in the infliction of extreme and severe emtional distress, and that that was their intentions, and for these reasons, the plaintiff seeks damages for IIED under ILLINOIS LAW, against ALL of the defendants.

V.REQUESTED RELIEF

25. Wherefore, the plaintiff respectfully requests that this court GRANT him the following relief to which he may be entitled:

(A) A declaration that the Acts/omissions of the defendants violated the COnstitution, laws, and treaties of the Unitex States:

(B) A PRELIMINARY INJUNCTION, later to be made PERMANENT, ENJOINING the defendants from DENYING the plaintiff and other USP-marion,illinois inmates timely and adequate and appropriate medical and dental care, and ORDERING the defendants to provide the plaintiff with medical and dental care for his illnesses;

(C) Nominal damages in the amount of 100.00;

(D) Compensatory damages in the amount of $1,500,000.00;

(E) Punitive damages in the amount of $2,500,000.00;

(F) A jury trial on all issues triable by a jury;

(G) Al lother appropriate equitabel and monetary relief.

X /s/ Demetrius r PM

X dated: 10-25-2021

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT Williamson COUNTY | APPLICATION FOR WAIVER OF COURT FEES | For Court Use Only |
|---|---|---|

FILED

NOV 02 2021

JUSTIN MAZE
CLERK OF THE CIRCUIT COURT

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

Demetrius N. Pitts
Plaintiff / Petitioner (First, middle, last name)

v.

Enter the name of the person being charged as Defendant/Respondent.

M. Bagwell etal
Defendant / Res: and /it (First, middle, last name)

Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.

21L 146
Case Number

**NOTE:** If you are completing this form on behalf of a minor or an incompetent adult, provide that person's information on this form instead of your own information.

Pursuant to Illinois Supreme Court Rule 298 and 735 ILCS 5/5-105, I state:

In 1a, enter your full name

In 1b, only enter the year you were born. DO NOT enter your entire date of birth.

In 1c, enter your complete current address.

1. I believe I cannot afford to pay the court fees in this case and I am providing the following information about myself:
   a. Name: Demetrius N. Pitts
      First / Middle / Last
   b. Year of Birth: 1964
   c. Street Address: USP Marion IL 4500 Prison Road
      City, State, ZIP: Marion IL 62959

In 2a, enter the number of people age 18 and older living in your house who you support. Support means that the people rely on you financially.

In 2b, enter the number of people under age 18 living in your house who you support.

2. I am providing the following information about people who live with me:
   a. I support _____ adults (not counting myself) who live with me.
   b. I support _____ children under 18 who live with me.

In 3, check "Yes" if you are currently receiving 1 or more of the benefits listed below.

If you check "Yes" in 3, skip 4 and sign the form. You do not have to complete 4.

3. I am receiving 1 or more of the benefits listed below:
   ☐ Yes  ☑ No
   - Supplemental Security Income (SSI) (Not Social Security)
   - Aid to the Aged, Blind and Disabled (AABD)
   - Temporary Assistance to Needy Families (TANF)
   - SNAP (Food Stamps)
   - General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

**If you answered "Yes" in section 3, you qualify for a fee waiver under 735 ILCS 5/5-105(a)(2)(i) and (b)(1). You can skip section 4 and sign the form.**

WA-P 603.4                          Page 1 of 3        ① 20 copies                    (07/19)

(b)

Enter the Case Number given by the Circuit Clerk: _____

In 4a, check "Yes" if you have applied for at least 1 of the benefits listed in section 3.

In 4b, check the box for each type of money you have received in the past month. Also enter the gross (before taxes) amount for each type.

Under **Other** in 4b and 4c, include any money received from family or friends.

In 4c, check the box for each type of money you have received in the past 12 months. Also enter the gross (before taxes) amount for each type.

In 4d, check all of your debts and expenses for the past month and list the amount of money you pay each month for that expense.

4.  I checked "No" in section 3, so I am providing the following financial information:

a.  I have a pending application for 1 or more of the benefits listed in section 3:
☐ Yes   ☑ No

b.  I received the following money in the past month. (check all that apply)
☐ My employment:  $ _____    ☐ Social Security (not SSI):  $ _____
☐ Child support:  $ _____    ☐ Unemployment:  $ _____
☐ Pension:  $ _____
☐ Money from other household members:  $ _____
☐ Other (list type and amount): _____  $ _____
☑ No income
Total of all money received in the past month:  $ _0.00_

c.  I received the following total amount of money in the past 12 months. (check all that apply)
☐ My employment:  $ _____    ☐ Social Security (not SSI):  $ _____
☐ Child support:  $ _____    ☐ Unemployment:  $ _____
☐ Pension:  $ _____
☐ Money from other household members:  $ _____
☑ Other (list type and amount): _$3200 stimulus checks ??_  $ _3200.00_
☑ No income
Total of all money received in the past 12 months:  $ _3200.00_

d.  My current monthly debts and expenses are listed below. (check all that apply)
☐ Rent:  $ _____ per month
☐ Home Mortgage:  $ _____ per month
☐ Other Mortgage:  $ _____ per month
☐ Utilities:  $ _____ per month
☐ Food:  $ _____ per month
☐ Medical:  $ _____ per month
☐ Car Loan:  $ _____ per month
☐ Childcare:  $ _____ per month
☐ Child Support:  $ _____ per month
☐ Other expenses not listed above (list type and amount): _____  $ _____

☐ Other debts not listed above (list type and amount): _____  $ _____

☑ I have no expenses.
Total of all expenses:  $ _0.00_ per month

WA-P 603.4

(07/19)

①

Enter the Case Number given by the Circuit Clerk: _____

e. I have the belongings listed below. *(check all that apply)*

| In 4e, check all of the items owned by you and list the value of each item. If you own real estate, include the total you owe on any mortgage. |
| :-- |

☑ Bank accounts and cash totaling:                                      $ 0.00

☐ Home worth:                                                            $

    The total I owe on my home mortgage is:                            $

☐ Other real estate, not including the house I live in, worth:          $

    The total I owe on my other mortgage is:                           $

☐ 1st vehicle worth:   $ _____   The 1st vehicle is paid off:  ☐ Yes  ☐ No

☐ 2nd vehicle worth:   $ _____   The 2nd vehicle is paid off:  ☐ Yes  ☐ No

☐ Other *(list items and value)*: _____   $ _____

☑ None of the above

I have no "cash" (currency, or coins) or other assets that I'm aware of.

| Under Illinois Supreme Court Rule 137, your signature means that you have read the document, that to the best of your belief, it is true and correct and that you are not filing it for an improper purpose, such as to cause delay. |
| :-- |

X /s/ *Demitr... ~ Pt*                    X USP Marion PO Bx 1000
   Your Signature                                   Street Address

X Demetrius ~ Pitts                       X Marion IL 62959
   Print Your Name                                  City, State, ZIP

| If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name. Enter your complete current address and telephone. |
| :-- |

Relationship to Minor or Incompetent          Telephone
Adult (if applicable)
                                dated.

| If you are filling out this form for a minor or incompetent adult, sign and print your name and state your relationship to that person. Enter your complete current address and telephone number. |
| :-- |

**GETTING COURT DOCUMENTS BY EMAIL:** If you agree to receive court documents by email, check the box below and enter your email address. You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information or notice of court dates. Other parties may still send you court documents by mail.

☐ I agree to receive court documents at this email address during my entire case.

_____
Email

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT Williamson COUNTY | ORDER FOR WAIVER OF COURT FEES | For Court Use Only |
|---|---|---|

**Instructions ▾**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

Enter the name of the person being sued as Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.

Enter your full name as "Applicant."

DO NOT check any boxes or fill in any more blanks on this form. The judge will complete the rest of the form.

**Demetrius N. Pitts**
Plaintiff / Petitioner *(First, middle, last name)*

v.

**M. Bagwell et al**
Defendant / Respondent *(First, middle, last name)*

**FILED**

NOV 03 2021

JUSTIN MAZE
CLERK OF THE CIRCUIT COURT

**21 L 146**
Case Number

Applicant Name: **Demetrius** **Pitts.**
First        Middle        Last

The Court having reviewed the *Application for Waiver of Court Fees* hereby finds:

1. ☑ The applicant qualifies for a full (100%) waiver of all fees, costs, and charges because *(check only one)*:

   a. ☐ The applicant receives means-based government assistance under one or more of the following programs:
   - Supplemental Security Income (SSI) (Not Social Security)
   - Aid to the Aged, Blind and Disabled (AABD)
   - Temporary Assistance for Needy Families (TANF)
   - SNAP(Food Stamps)
   - General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

   **OR**

   b. ☑ The applicant's personal income is **125%** or less of the current poverty level as established by the U.S. Department of Health and Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges;

   **OR**

   c. ☐ Payments of fees, costs, and charges would result in substantial hardship to the applicant or his or her family.

2. ☐ The applicant qualifies for a partial (75%, 50%, or 25%) waiver of all fees, costs, and charges because the applicant's household income is *(check one)*:
   - ☐ more than 125% but not greater than 150% (75% waived); OR
   - ☐ more than 150% but not greater than 175% (50% waived); OR
   - ☐ more than 175% but not greater than 200% (25% waived)

   of the current poverty level as established by the US Department of Health and and Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable

WA-O 604.4                                      Page 1 of 2                                      (07/19)

(9)

to pay the fees, costs, or charges.

3. ☐ The applicant must **provide additional information and attend a hearing** before the court decides if the applicant qualifies for a fee waiver.

4. ☐ The applicant **does not qualify** for a fee waiver because *(must state specific reason)*:

_____

_____

**IT IS HEREBY ORDERED:**

A. ☑ *Application for Waiver of Court Fees* is **GRANTED.**

    i. ☑ The applicant qualifies for a **full waiver**, and may participate in this case without payment of fees, costs, or charges.

       ·OR

    ii. ☐ The applicant qualifies for a **partial fee waiver** as follows *(check one)*:

       ☐ **75%** of all fees, costs, and charges are waived (*and the applicant must pay 25% of all fees, costs, and charges*).

       ☐ **50%** of all fees, costs, and charges are waived (*and the applicant must pay 50% of all fees, costs, and charges*).

       ☐ **25%** of all fees, costs, and charges are waived (*and the applicant must pay 75% of all fees, costs, and charges*).

Charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, or any other court ordered fees listed in 735 ILCS 5/5-105(a)(2)(1).

☐ The applicant must pay fees, costs, and charges currently due by: _____
                                               *Date*

    OR

☐ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*:

_____

_____

**This order expires one year from the date of this order.** The applicant may reapply before or after the expiration date.

B. ☐ *Application for Waiver of Court Fees* is **SET FOR HEARING** on _____
                                                    *Date*

at _____ in courtroom: _____
  *Time*

The applicant must bring the following documents: _____

_____

_____

C. ☐ *Application for Waiver of Court Fees* is **DENIED.**

The applicant must pay all fees, costs, and charges currently due by: _____
                                                             *Date*

| DO NOT complete this section. The judge will sign and date here. | |
| --- | --- |

ENTERED: _____

Judge _____     Date 11/3/21

WA-O 604.4

Page 2 of 2

(5)

(07/19)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| | | For Court Use Only |
|---|---|---|
| **STATE OF ILLINOIS,** CIRCUIT COURT Williamson COUNTY | **ORDER FOR WAIVER OF COURT FEES** | |

**Instructions ▾**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

Demetrius N. Pitts
Plaintiff / Petitioner (First, middle, last name)

v.

Enter the name of the person being sued as Defendant/Respondent.

M. Bagwell et al
Defendant / Respondent (First, middle, last name)

Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.

21 L 146
Case Number

Enter your full name as "Applicant."

**Applicant Name:** Demetrius _____ Pitts
First        Middle        Last

**DO NOT** check any boxes or fill in any more blanks on this form. The judge will complete the rest of the form.

The Court having reviewed the *Application for Waiver of Court Fees* hereby finds:

1. ☐ The applicant **qualifies** for a **full (100%)** waiver of all fees, costs, and charges because (check only one):

   a. ☐ The applicant receives means-based government assistance under one or more of the following programs:
   - Supplemental Security Income (SSI) (Not Social Security)
   - Aid to the Aged, Blind and Disabled (AABD)
   - Temporary Assistance for Needy Families (TANF)
   - SNAP(Food Stamps)
   - General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

   **OR**

   b. ☐ The applicant's personal income is **125%** or less of the current poverty level as established by the U.S. Department of Health and Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges;

   **OR**

   c. ☐ Payments of fees, costs, and charges would result in substantial hardship to the applicant or his or her family.

2. ☐ The applicant **qualifies** for a **partial** (75%, 50%, or 25%) waiver of all fees, costs, and charges because the applicant's household income is (check one):
   - ☐ more than **125%** but not greater than **150%** (75% waived); OR
   - ☐ more than **150%** but not greater than **175%** (50% waived); OR
   - ☐ more than **175%** but not greater than **200%** (25% waived)

   of the current poverty level as established by the US Department of Health and and Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable

WA-O 604.4

Page 1 of 2

(07/19)

(9)

to pay the fees, costs, or charges.

3.  ☐  The applicant must **provide additional information and attend a hearing** before the court decides if the applicant qualifies for a fee waiver.

4.  ☐  The applicant **does not qualify** for a fee waiver because *(must state specific reason)*:

_____

_____

**IT IS HEREBY ORDERED:**

A.  ☐  *Application for Waiver of Court Fees* is **GRANTED.**

    i.  ☐  The applicant qualifies for a **full waiver**, and may participate in this case without payment of fees, costs, or charges.

        OR

    ii.  ☐  The applicant qualifies for a **partial fee waiver** as follows *(check one)*:

        ☐  **75%** of all fees, costs, and charges **are waived** *(and the applicant must pay 25% of all fees, costs, and charges)*.

        ☐  **50%** of all fees, costs, and charges **are waived** *(and the applicant must pay 50% of all fees, costs, and charges)*.

        ☐  **25%** of all fees, costs, and charges **are waived** *(and the applicant must pay 75% of all fees, costs, and charges)*.

Charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, or any other court ordered fees listed in 735 ILCS 5/5-105(a)(2)(1).

    ☐  The applicant must pay fees, costs, and charges currently due by: _____
                                                             *Date*

        OR

    ☐  Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*:

_____

_____

**This order expires one year from the date of this order.** The applicant may reapply before or after the expiration date.

B.  ☐  *Application for Waiver of Court Fees* is **SET FOR HEARING** on _____
                                                             *Date*

    at _____ in courtroom: _____
       *Time*

    The applicant must bring the following documents: _____

_____

_____

C.  ☐  *Application for Waiver of Court Fees* is **DENIED.**
    The applicant must pay all fees, costs, and charges currently due by: _____
                                                                *Date*

| DO NOT complete this section. The judge will sign and date here. |
|---|

**ENTERED:**

_____   _____
*Judge*                                           *Date*



# Williamson County, IL

NOTICE: By clicking the 'Search' button below, or otherwise using the Judici.com website

**2021L146 BAGWELL, M**                          Last Search | Information | Dispositions | **History** | Payments | Fines & Fees

| Date | Entry | Judge |
|------|-------|-------|
| | Entered Under: PITTS, DEMETRIUS N 365755-060 | |
| 11/03/2021 | FILE REVIEWED. ORDER WAIVING FEES GRANTED. CLERK TO FILE COMPLAINT. SUMMONS TO ISSUE. RETURN SAME TO PLAINTIFF FOR SERVICE. COPY OF DOCKET TO PLAINTIFF. R. 6 MONTHS | JAG |
| 11/03/2021 | Judge review set for 05/03/2022 at 8:55 in courtroom CH.<br>Order for waiver of court fees filed.<br>Seven summons issued to Wmsn. Co.<br>Copy of file w/summons sent to plaintiff. | UNASSIGNED |
| 11/02/2021 | Application for waiver of court fees filed on 11/02/2021.<br>Judge review set for 11/03/2021 at 8:55 in courtroom CH.<br>Proposed order for waiver of court fees submitted.<br>Civil rights complaint filed.<br>7 summons submitted to be issued. | UNASSIGNED |

For questions or comments about this web site, please see our Contacts Page.

Terms of use | Privacy policy

Advertise on Judici.

Copyright © 2002-2022 Judici

Last modified: 2021/12/12 22:49 Version: 3.9.0.497